Thomas G. Waller, AKB #0109052
BAUER MOYNIHAN & JOHNSON LLP
2101 4TH Avenue - 24th Floor
Seattle, WA 98121
Telephone: (206) 443-3400
Facsimile: (206) 448-9076
tgwaller@bmjlaw.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ROBERT J. STEPHENS; and ALASKA AND N.W. CHARTERS, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>RENI MILLAR, a/k/a RENI,<br><br>Defendant. | NO. 3:16-cv-00210-JWS |

### AFFIDAVIT OF MELIHA JUSUPOVIC

STATE OF WASHINGTON   )
                      ) ss.
COUNTY OF KING        )

I, Meliha Jusupovic, upon solemn oath, swear to the following:

1. I am a paralegal at Bauer Moynihan and Johnson LLP.

2. On October 13, 2016 I served, via U.S. First Class Mail, the *Order from Chambers*, filed under Docket 4, on Reni Millar, 6666 Park Lane, Houston, Texas, 77023.

I swear under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

Dated this Wednesday, October 19, 2016, at Seattle, Washington.

_____
Meliha Jusupovic

AFFIDAVIT OF MELIHA JUSUPOVIC
Case Number: 3:16-cv-00210-JWS
Page 1 of 2

SUBSCRIBED and SWORN to before me this 19 day of October, 2016.

_Judith McMeel-Schorer_
Judith McMeel-Schorer
NOTARY PUBLIC in and for the State of
Washington, residing at Seattle.
My commission expires: 1-16-17

[Notary Seal: JUDITH MCMEEL-SCHORER, NOTARY PUBLIC, STATE OF WASHINGTON, COMMISSION EXPIRES 01-16-17]

AFFIDAVIT OF MELIHA JUSUPOVIC
Case Number: 3:16-cv-00210-JWS
Page 2 of 2

ATTORNEYS AT LAW
BAUER
MOYNIHAN
& JOHNSON LLP

2101 FOURTH AVENUE
SUITE 2400
SEATTLE, WA 98121

(206) 443-3400
FAX (206) 448-9076

Case 3:16-cv-00210-JWS   Document 5   Filed 10/19/16   Page 2 of 2