Thomas G. Waller, AKB #0109052
BAUER MOYNIHAN & JOHNSON LLP
2101 4TH Avenue - 24th Floor
Seattle, WA 98121
Telephone: (206) 443-3400
Facsimile: (206) 448-9076
tgwaller@bmjlaw.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ROBERT J. STEPHENS; and ALASKA AND N.W. CHARTERS, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>RENI MILLAR, a/k/a RENI,<br><br>Defendant. | NO. 3:16-cv-00210-JWS<br><br>MOTION FOR ENTRY OF DEFAULT |

Plaintiffs Robert J. Stephens and Alaska and N.W. Charters, LLC, respectfully request the Court enter default against defendant Reni Millar, a/k/a "Reni." Fed. R. Civ. P. 55(a); LR 55.1. Ms. Millar was personally served with the *Complaint* and *Summons* on September 26, 2016. *See Affidavit of Shane Swatzell*. Millar has not answered the *Complaint*, nor demonstrated a clear purpose to defend this action. Millar is neither an infant, incompetent, nor engaged in active United States military service. *See Affidavit of Thomas G. Waller*.

"When a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend, and that failure is shown by affidavit or otherwise, the clerk must enter the party's default." Fed. R. Civ. P. 55(a).

A separate *Motion for Entry of Default Judgment* will follow the Court's order on this *Motion for Entry of Default*.

ATTORNEYS AT LAW
BAUER MOYNIHAN & JOHNSON LLP
2101 FOURTH AVENUE
SUITE 2400
SEATTLE, WA 98121
(206) 443-3400
FAX (206) 448-9076

MOTION FOR ENTRY OF DEFAULT
Case Number: 3:16-cv-00210-JWS
Page 1 of 2

Dated this Wednesday, October 19, 2016.

BAUER MOYNIHAN & JOHNSON LLP

s/Thomas G. Waller
Thomas G. Waller, AKB #0109052
2101 4TH Avenue, Ste. 2400
Seattle, WA 98121
Telephone: (206) 443-3400
Facsimile: (206) 448-9076
tgwaller@bmjlaw.com
Attorneys for Plaintiffs

ATTORNEYS AT LAW
BAUER
MOYNIHAN
& JOHNSON LLP
2101 FOURTH AVENUE
SUITE 2400
SEATTLE, WA 98121
(206) 443-3400
FAX (206) 448-9076