UNITED STATES DISTRICT COURT, DISTRICT OF ALASKA

| | |
|---|---|
| **ROBERT J. STEPHENS; ET AL.**<br>Plaintiff/Petitioner<br>vs.<br>**RENI MILLAR, A/K/A RENI**<br>Defendant/Respondent | Case No.: **3:16-CV-00210-JWS**<br>Division:<br><br>AFFIDAVIT OF SERVICE OF<br>**CIVIL COVER SHEET; SUMMONS IN A CIVIL ACTION; COMPLAINT FOR DECLARATORY RELIEF REGARDING DEFENDANT'S ENTITLEMENT TO SEAMEN'S REMEDIES** |

Received by **Shane Swatzell**, on the **13th day of September, 2016 at 3:17 PM** to be served upon **RENI MILLAR, A/K/A RENI** at **6666 PARK LN, HOUSTON, Harris County, TX 77023**.
On the **26th day of September, 2016 at 5:19 PM**, I, Shane Swatzell, SERVED **RENI MILLAR, A/K/A RENI** at **6666 PARK LN, HOUSTON, Harris County, TX 77023** in the manner indicated below:

**INDIVIDUAL SERVICE**, by personally delivering **1** copy(ies) of the above-listed documents to **RENI MILLAR, A/K/A RENI**.

THE DESCRIPTION OF THE PERSON WITH WHOM THE COPY OF THIS PROCESS WAS LEFT IS AS FOLLOWS:
**Who tried to refuse service, with identity confirmed by photograph, a white female approx. 55-65 years of age, 5'-5'4" tall, weighing 120-140 lbs with blonde hair. Announced service and dropped papers at the subject's feet.**

Service Fee Total: **$ 135.00**

I, being first duly sworn, depose and state: That I am a citizen of the United States, over the age of eighteen, not a party to nor interested in the above entitled action, and have the proper authority in the jurisdiction in which this service was made. Under penalties of perjury, I declare that I have read the foregoing document and that the facts stated in it are true and accurate.

NAME: _____   SCH000010437   _____
Shane Swatzell                                   Server ID #                              Date

Notary Public: Subscribed and sworn before me on this __27__ day of __Sep__ in the year of 20__16__
Personally known to me __X__ or _____ identified by the following document:

Number/Reference: _____
Type: _____
Notary Public for State of: __TX__
Commission Expiration: __8-5-19__

_____
Notary Public (Legal Signature)

**JUSTIN MOORE**
Notary Public, State of Texas
Comm. Expires 08-05-2019
Notary ID 13032404-0

REF: **1220.1014**