Thomas G. Waller, AKB #0109052
BAUER MOYNIHAN & JOHNSON LLP
2101 4TH Avenue - 24th Floor
Seattle, WA 98121
Telephone: (206) 443-3400
Facsimile: (206) 448-9076
tgwaller@bmjlaw.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

ROBERT J. STEPHENS; and ALASKA
AND N.W. CHARTERS, LLC,

        Plaintiffs,

v.

RENI MILLAR, a/k/a RENI,

        Defendant.

NO. 3:16-cv-00210-JWS

## AFFIDAVIT OF THOMAS WALLER
## IN SUPPORT OF ENTRY OF DEFAULT

STATE OF WASHINGTON    )
                                 ) ss.
COUNTY OF KING           )

I, Thomas G. Waller, upon solemn oath, swear to the following:

1. I am one of the attorneys for the plaintiffs in this matter.

2. Defendant Reni Millar was personally served with the *Summons* and *Complaint* on September 26, 2016. The next day, I delivered courtesy copies to Charles Herd, defendant's Houston-based attorney. Defendant had 21 days to appear, answer, or otherwise defend this lawsuit.

3. On the evening of October 12, 2016, my office received from the Court its order regarding motions to dismiss. (Dkt. 4). As instructed in that order, I arranged

AFFIDAVIT OF THOMAS G. WALLER
Case Number: 3:16-cv-00210-JWS
Page 1 of 2

ATTORNEYS AT LAW
BAUER MOYNIHAN & JOHNSON LLP
2101 FOURTH AVENUE
SUITE 2400
SEATTLE, WA 98121
(206) 443-3400
FAX (206) 448-9076

service on Millar by mail on October 13, 2016. I have received no response.

4. Ms. Millar has not appeared, answered, or otherwise defended this suit, nor has she demonstrated a clear purpose to do so.

5. Ms. Millar is neither an infant, incompetent, nor in the military service of the United States.

I swear under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

Dated this Wednesday, October 19, 2016, at Seattle, Washington.

_____
Thomas G. Waller


SUBSCRIBED and SWORN to before me this 19 day of October, 2016.

Judith McMeel-Schorer
NOTARY PUBLIC in and for the State of Washington, residing at Seattle.
My commission expires: 1-16-17



ATTORNEYS AT LAW
BAUER MOYNIHAN & JOHNSON LLP
2101 FOURTH AVENUE
SUITE 2400
SEATTLE, WA 98121
(206) 443-3400
FAX (206) 448-9076

AFFIDAVIT OF THOMAS G. WALLER
Case Number: 3:16-cv-00210-JWS
Page 2 of 2