Thomas G. Waller, AKB #0109052
BAUER MOYNIHAN & JOHNSON LLP
2101 4^(TH) Avenue - 24^(th) Floor
Seattle, WA 98121
Telephone: (206) 443-3400
Facsimile: (206) 448-9076
tgwaller@bmjlaw.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ROBERT J. STEPHENS; and ALASKA AND N.W. CHARTERS, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>RENI MILLAR, a/k/a RENI,<br><br>Defendant. | NO. 3:16-cv-00210-JWS<br><br>MOTION FOR ENTRY OF DEFAULT JUDGMENT |

**RELIEF REQUESTED**

This Court has entered default against defendant Reni Millar, a/k/a "Reni." *See Dkt. 9*. Plaintiffs Robert J. Stephens and Alaska and N.W. Charters, LLC, now respectfully move this Court for entry of default judgment against defendant under Fed. R. Civ. P. 55(b) and LR 55.1.

**FACTS**

Plaintiffs seek declaratory relief. *Complaint*. Plaintiffs' request follows Millar's allegations, in a suit voluntarily dismissed in Alaska Superior Court, of an injury allegedly suffered aboard the M/V CALY, the M/V CALEDONIA's tender on or about June 30, 2014. *Id*. Millar alleged she suffered her injury while a seaman in the CALEDONIA's employ, alleging Jones Act negligence, unseaworthiness, and demanding maintenance, cure, and unearned wages. *Id.* Millar was neither a seaman in the service of the CALEDONIA or its tender, nor plaintiffs' employee, but a private guest of plaintiff

ATTORNEYS AT LAW
BAUER
MOYNIHAN
& JOHNSON LLP
2101 FOURTH AVENUE
SUITE 2400
SEATTLE, WA 98121
(206) 443-3400
FAX (206) 448-9076

Robert J. Stephens. *Id.*

Based on the well-pleaded facts of the *Complaint*, to which Ms. Millar has failed to respond, plaintiffs request entry of default judgment against Ms. Millar in the form of a declaration that they are not liable to Millar for the payment of any claim under the doctrines of maintenance and cure (including unearned wages), unseaworthiness, or the Jones Act related to Millar's alleged injury aboard the CALY. *Id.*

At the time of filing this *Motion*, defendant Millar has not demonstrated a clear purpose to defend this action. *Id.* Defendant is not a minor or incompetent person, nor is she engaged in active U.S. military service. *Id.*

## AUTHORITY AND ARGUMENT

Plaintiffs are entitled to entry of default judgment against defendant. *See* Fed. R. Civ. P. 55(b). The Court may grant a default judgment when a properly served defendant fails to respond to a complaint for declaratory relief. *See*, *e.g.*, *Am. Select Ins. Co. v. Taylor,* 445 F. Supp. 2d 681, 684 (N.D. W.Va. 2006) (awarding default judgment in declaratory judgment action); *Hartford Acc. & Indem. Co. v. Smeck*, 78 F.R.D. 537, 541 (E.D. Pa. 1978) (same).

The remedies demanded by Millar are reserved for seamen injured in service of a vessel in navigation. *See, e.g.*, *Keel v. Greenville Mid-Stream Serv., Inc.*, 321 F.2d 903, 904 (5th Cir. 1963) (maintenance and cure); *Garrett v. U.S. Lines, Inc.*, 574 F.2d 997, 1000 (9th Cir. 1978) (seaworthiness); 46 U.S.C. § 30104 (the Jones Act).

As stated in the well-pleaded facts in plaintiff's *Complaint,* Millar was a personal guest aboard the CALEDONIA and its tender at the time of her alleged injury. Millar was not a seaman, and consequently is not entitled to seamen's remedies.

Plaintiffs respectfully request a declaration to that effect. Plaintiffs request the Court declare they are not liable to Millar under the doctrine of maintenance and cure, or for payment for unseaworthiness or Jones Act negligence claims.

ATTORNEYS AT LAW
BAUER MOYNIHAN & JOHNSON LLP
2101 FOURTH AVENUE
SUITE 2400
SEATTLE, WA 98121
(206) 443-3400
FAX (206) 448-9076

## **CONCLUSION**

For the foregoing reasons, plaintiffs Robert J. Stephenson and Alaska and N.W. Charters, LLC, respectfully request the Court enter default judgment against Reni Millar.

Dated this Thursday, October 20, 2016.

BAUER MOYNIHAN & JOHNSON LLP

s/Thomas G. Waller
Thomas G. Waller, AKB #0109052
2101 4TH Avenue, Ste. 2400
Seattle, WA  98121
Telephone:  (206) 443-3400
Facsimile:  (206) 448-9076
tgwaller@bmjlaw.com
Attorneys for Plaintiffs

ATTORNEYS AT LAW
BAUER MOYNIHAN & JOHNSON LLP
2101 FOURTH AVENUE
SUITE 2400
SEATTLE, WA  98121
(206) 443-3400
FAX (206) 448-9076

MOTION FOR DEFAULT JUDGMENT
Case Number: 3:16-cv-00210-JWS
Page 3 of 3

Case 3:16-cv-00210-JWS   Document 10   Filed 10/21/16   Page 3 of 3