Thomas G. Waller, AKB #0109052
BAUER MOYNIHAN & JOHNSON LLP
2101 4TH Avenue - 24th Floor
Seattle, WA 98121
Telephone: (206) 443-3400
Facsimile: (206) 448-9076
tgwaller@bmjlaw.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

ROBERT J. STEPHENS; and ALASKA AND N.W. CHARTERS, LLC,

Plaintiffs,

v.

RENI MILLAR, a/k/a RENI,

Defendant.

NO. 3:16-cv-00210-JWS

**AFFIDAVIT OF THOMAS WALLER
IN SUPPORT OF ENTRY OF DEFAULT JUDGMENT**

STATE OF WASHINGTON  )
                     ) ss.
COUNTY OF KING       )

I, Thomas G. Waller, upon solemn oath, swear to the following:

1. I am one of the attorneys for the plaintiffs in this matter.

2. Defendant Reni Millar was personally served with the *Summons* and *Complaint* on September 26, 2016. The next day, I delivered courtesy copies to Charles Herd, defendant's Houston-based attorney. Defendant had 21 days to appear, answer, or otherwise defend this lawsuit.

3. On the evening of October 12, 2016, this office received from the Court its order regarding motions to dismiss. (Dkt. 4). As instructed in that order, this office

AFFIDAVIT OF THOMAS G. WALLER
Case Number: 3:16-cv-00210-JWS
Page 1 of 2

served defendant Reni Millar by mail on October 13, 2016 and have received no response.

4. Ms. Millar has not defended this suit, nor has she demonstrated a clear purpose to do so.

5. Ms. Millar is neither an infant, incompetent, nor in the military service of the United States.

I swear under penalty of perjury of the laws of the United States of America that the foregoing is true and correct to the best of my recollection.

Dated this Friday, October 21, 2016, at Seattle, Washington.



Thomas G. Waller

SUBSCRIBED and SWORN to before me this 21st day of October, 2016.

MELIHA JUSUPOVIC
NOTARY PUBLIC in and for the State of Washington, residing at Seattle.
My commission expires: January 16, 2017



ATTORNEYS AT LAW
BAUER MOYNIHAN & JOHNSON LLP
2101 FOURTH AVENUE
SUITE 2400
SEATTLE, WA 98121
(206) 443-3400
FAX (206) 448-9076

AFFIDAVIT OF THOMAS G. WALLER
Case Number: 3:16-cv-00210-JWS
Page 2 of 2