UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

ROBERT J. STEPHENS; and ALASKA AND N.W. CHARTERS, LLC,

Plaintiffs,

v.

RENI MILLAR, a/k/a RENI,

Defendant.

NO. 3:16-cv-00210-JWS

ORDER GRANTING MOTION FOR ENTRY OF DEFAULT JUDGMENT

This matter having come before the undersigned Court, and the Court having reviewed plaintiffs' *Motion for Entry of Default Judgment* and the pleadings on file, FINDS:

1. Defendant was personally served on September 26, 2016, and has failed to appear or answer plaintiff's *Complaint* within the time specified under Rule 12;

2. Defendant is in default under the Court's *Entry of Default*;

3. Defendant is not an incompetent person, a minor, or member of the United States armed forces;

4. The remedy sought is within the scope of the pleadings providing the Court with sufficient information to determine the appropriate remedy; accordingly, an evidentiary hearing is not necessary.

NOW THEREFORE, IT IS ORDERED, ADJUDGED, AND DECREED that a declaratory judgment is warranted as requested by plaintiffs:

1. Defendant Reni Millar a/k/a "Reni" was not an employee of either plaintiff Robert J. Stephens or Alaska and N.W. Charters, LLC.

2. Defendant Reni Millar a/k/a "Reni" was not a seaman when she allegedly suffered bodily injuries on or about June 30, 2014.

ATTORNEYS AT LAW
BAUER MOYNIHAN & JOHNSON LLP
2101 FOURTH AVENUE
SUITE 2400
SEATTLE, WA 98121
(206) 443-3400
FAX (206) 448-9076

ORDER GRANTING
MOTION FOR DEFAULT JUDGMENT
Case Number: 3:16-cv-00210-JWS
Page 1 of 2

3. Plaintiffs Robert J. Stephens and Alaska and N.W. Charters are not liable to defendant for the payment of any claim under the doctrines of maintenance and cure (including unearned wages), unseaworthiness, or the Jones Act related to her alleged injuries of June 30, 2014.

DATED this 25th day of October 2016.

/s/ JOHN W. SEDWICK
SENIOR JUDGE, UNITED STATES DISTRICT COURT

ATTORNEYS AT LAW
BAUER MOYNIHAN & JOHNSON LLP
2101 FOURTH AVENUE
SUITE 2400
SEATTLE, WA 98121
(206) 443-3400
FAX (206) 448-9076

ORDER GRANTING
MOTION FOR DEFAULT JUDGMENT
Case Number: 3:16-cv-00210-JWS
Page 2 of 2